# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF LOUIS EDWARD
LLOYD, SR.

NO. 2025 CW 0429

**JULY 30, 2025**

---

In Re:   Evelyn Lloyd, applying for supervisory writs, 21st
Judicial District Court, Parish of Tangipahoa, No.
20210030514.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's April 3, 2025 judgment which declared the testament at issue to be invalid and absolutely null is an appealable judgment. An action to annul a testament is a new suit. "Thus, it is technically a separate action from the succession proceeding, its object being the annulment of the testament probated in the succession proceeding. A judgment annulling the testament therefore, determines the merits of that separate action, brought in the succession proceeding, and accordingly constitutes a final judgment." See **In re Succession of Theriot**, 2008-1233 (La. App. 1st Cir. 12/23/08), 4 So.3d 878, 881-82. Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to defendant, Evelyn Lloyd, pursuant to her notice of intent to seek supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

**MRT**
**WIL**

Miller, J., dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT